**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**RICARDO FUENTES,
ADC #153525**                                                                                                 **PLAINTIFF**

**V.**                                **CASE NO. 2:16-CV-00015 JM/BD**

**WENDY KELLEY, et al.**                                                       **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Fuentes's timely objection, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in regard to Mr. Fuentes's Universal Declaration of Human Rights claims. Based upon Mr. Fuentes's objection, the Court rejects the Recommendation to dismiss Defendants Kelley and Barden.

In conclusion, Mr. Fuentes's claims that the Defendants violated various articles of the Universal Declaration of Human Rights are DISMISSED, with prejudice. The Clerk is directed to identify ECF No. 20 as a Supplement to the Amended Complaint and Objection to Report and Recommendations. The Clerk is also directed to prepare summonses for Defendants Kelley and Barden and the US Marshal is directed to serve a copy of the complaint and the amended complaint, along with any attachments or supplements, and a summons for each of these defendants; service for these defendants should be through the Compliance Division of the Arkansas Department of Correction

without prepayment of fees and costs or posting security.

IT IS SO ORDERED, this 6th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE