# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**RICARDO FUENTES,**
**ADC #153525**                                                                                         **PLAINTIFF**

**V.**                          **CASE NO. 2:16-CV-00015 JM/BD**

**WENDY KELLEY, et al.**                                                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for partial summary judgment (docket entry #31) is GRANTED. Mr. Fuentes's claims against Defendants Kelley, Barden, Allison, and Gollatt are DISMISSED, without prejudice, based on a failure to exhaust administrative remedies. Mr. Fuentes may proceed on his claim that Defendant Dotson improperly confiscated his personal mail in 2014.

IT IS SO ORDERED, this 22nd day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE