IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICARDO FUENTES,
ADC #153525                                                                                              PLAINTIFF

V.                         CASE NO. 2:16-CV-15-JM-BD

SIOBHAN DOTSON                                                 DEFENDANT

## ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Dotson's motion for summary judgment (docket entry #37) is GRANTED. The Motion to Appoint Counsel (docket entry #58) is DENIED as MOOT. Mr. Fuentes's claim against Defendants Dotson is DISMISSED, with prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 5th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE